The Honorable Samuel Conti

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Bradley Marshall,<br><br>    Plaintiff,<br><br>v.<br><br>Washington State Bar Association, et al.,<br><br>    Defendants. | Case No. CV-11-5319 SC<br><br>[PROPOSED] ORDER GRANTING WASHINGTON STATE BAR ASSOCIATION DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION |

The Court has considered the WSBA Defendants' Motion For Leave To File Over-Length Motion ("Motion"), and finds that the relief requested would promote judicial economy and would not prejudice any party. Accordingly, the Court hereby ORDERS that the Motion is GRANTED. Pursuant to Local Civil Rule 7(f), the WSBA Defendants may file an opening brief of no more than 44 pages. Plaintiff's opposition, and the WSBA Defendants' reply, shall comply with the page limits of Local Civil Rule 7(f)(4).

DATED this 30th day of November, 2011

_____
The Honorable Samuel Conti
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING WSBA DEFENDANTS' MOTION
FOR LEAVE TO FILE OVER-LENGTH MOTION - 1
CASE NO. CV-11-5319 SC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

1 Presented by:

2 LITTLER MENDELSON, P.C.

3

4

5 By: *s/ Douglas E. Smith*
   Douglas E. Smith, WSBA #17319

6 Attorneys for WSBA Defendants

7

8 Firmwide:105064246.1 069181.1001

[PROPOSED] ORDER GRANTING WSBA DEFENDANTS' MOTION
FOR LEAVE TO FILE OVER-LENGTH MOTION - 1
CASE NO. CV-11-5319 SC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300