IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRADLEY MARSHALL, | ) Case No. CV-11-5319 SC |
| Plaintiff, | ) ORDER GRANTING LEAVE TO AMEND |
| v. | ) |
| WASHINGTON STATE BAR ASSOCIATION, et al., | ) |
| Defendants. | ) |

Now before the Court is Plaintiff Bradley Marshall's motion to file a Third Amended Complaint. ECF No. 41 ("Motion"). Federal Rule of Civil Procedure 15 provides that, in cases such as this, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). The rule further provides that "[t]he Court should give leave when justice so requires." Id. As further amendment would be in the interests of justice, the Court GRANTS Plaintiff Bradley Marshall's motion to file a Third Amended Complaint. Plaintiff may file an amended complaint within fifteen (15) days of this Order.

At a hearing held on December 5, 2011, the Court had directed Defendants to file their dispositive motions by Thursday, January 5, 2012. See ECF No. 40 ("Minute Entry"). As Plaintiff will now be filing an amended complaint, the Court grants Defendants an additional fifteen (15) days to file their dispositive motions.

Defendants are directed to file their motions by Monday, January 30, 2012.

    IT IS SO ORDERED.

Dated: December 13, 2011 

UNITED STATES DISTRICT JUDGE