IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRADLEY MARSHALL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON STATE BAR ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No. CV-11-5319 SC<br><br>ORDER DENYING PLAINTIFF'S <u>MOTION FOR DISCOVERY</u> |

Now before the Court is Plaintiff Bradley Marshall's ("Plaintiff") Motion for Discovery. ECF No. 55 ("Motion"). The Court has repeatedly stated that discovery in this matter is stayed pending resolution of Defendants' motion for judgment on the pleadings. ECF No. 35 ("Oct. 19, 2011 Order"); 40 ("Dec. 5, 2011 Minute Entry"). Defendants filed their motion for judgment on the pleadings on January 30, 2012, Plaintiff has yet to file an opposition, and the Court has not yet ruled on the issue. Accordingly, Plaintiff's Motion for Discovery is DENIED as premature.

IT IS SO ORDERED.

Dated: February 8, 2012

_[signature]_
UNITED STATES DISTRICT JUDGE