IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRADLEY MARSHALL, ) | Case No. CV-11-5319 SC |
| ) | |
| Plaintiff, ) | <u>ORDER SETTING HEARING DATE</u> |
| ) | |
| v. ) | |
| ) | |
| WASHINGTON STATE BAR ASSOCIATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

    It is hereby ORDERED that Defendants' Motions for Judgment on the Pleadings (ECF Nos. 52, 53) shall be set for hearing in front of this Court at 10:00 a.m. on Monday, May 7, 2012.  The hearing shall be held in Courtroom 16106 at 700 Stewart Street, Seattle, Washington 98101.

    IT IS SO ORDERED.

Dated: March 26, 2012

_____
UNITED STATES DISTRICT JUDGE