IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRADLEY MARSHALL,<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE BAR ASSOCIATION, et al.,<br><br>    Defendants. | Case No. CV-11-5319 SC<br><br>ORDER SETTING HEARING DATE |

It is hereby ORDERED that Defendants' Motions for Judgment on the Pleadings (ECF Nos. 52, 53) shall be set for hearing in front of this Court at 10:00 a.m. on Monday, May 7, 2012. The hearing shall be held in Courtroom 16106 at 700 Stewart Street, Seattle, Washington 98101.

IT IS SO ORDERED.

Dated: March 26, 2012

_____
UNITED STATES DISTRICT JUDGE