IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRADLEY MARSHALL, | Case No. CV-11-5319 SC |
| Plaintiff, | ORDER REGARDING MAY 7, 2012 HEARING |
| v. | |
| WASHINGTON STATE BAR ASSOCIATION, et al., | |
| Defendants. | |

The Court has set a May 7, 2012 hearing on Defendants' motions for judgment on the pleadings. Having reviewed the papers, the Court is particularly interested in hearing any further comments on the issues of (1) the Rooker-Feldman doctrine, (2) res judicata, (3) judicial immunity, and (4) whether Plaintiff can state a claim under Title VII of the Civil Rights Act. The parties should be prepared to discuss these issues at the May 7, 2012 hearing.

IT IS SO ORDERED.

Dated: May 4, 2012

UNITED STATES DISTRICT JUDGE