IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRADLEY MARSHALL, | ) Case No. CV-11-5319 SC |
| | ) |
| Plaintiff, | ) ORDER STAYING MOTION TO |
| | ) <u>INTERVENE</u> |
| v. | ) |
| | ) |
| WASHINGTON STATE BAR ASSOCIATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Now before the Court is John Scannell's ("Scannell") Motion to Intervene in the above-captioned matter, which was filed by Plaintiff Bradley Marshall ("Marshall").  ECF No. 73 ("Mot."). Defendants have moved to dismiss Marshall's action and the Court held a hearing on Defendants' motions on May 7, 2012.  ECF Nos. 52, 53, 72.  If the Court grants Defendants' motions, then there will be no active case or controversy for Scannell to intervene in. Accordingly, the Court STAYS Scannell's Motion pending its decision on Defendants' motions to dismiss.


IT IS SO ORDERED.


Dated: May 10, 2012                      _____

UNITED STATES DISTRICT JUDGE