IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | | |
|---|---|---|
| BRADLEY MARSHALL, | ) | Case No. CV-11-5319 SC |
| Plaintiff, | ) ) | ORDER DENYING MOTION TO INTERVENE |
| v. | ) ) | |
| WASHINGTON STATE BAR ASSOCIATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

Now before the Court is John Scannell's ("Scannell") Motion to Intervene in the above-captioned matter, which was filed by Plaintiff Bradley Marshall ("Marshall"). ECF No. 73. The Court recently dismissed Marshall's action with prejudice, ECF No. 79, meaning that there is no longer an active case or controversy for Scannel to intervene in. Accordingly, the Court DENIES Scannel's Motion to Intervene.

IT IS SO ORDERED.

Dated: May 23, 2012         _____
                            UNITED STATES DISTRICT JUDGE