IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRADLEY MARSHALL, | ) Case No. CV-11-5319 SC |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| WASHINGTON STATE BAR ASSOCIATION, et al., | ) |
| Defendants. | ) |

On May 23, 2012 the Court granted defendants' motions for judgment on the pleadings. ECF No. 79 ("Order"). In accordance with that Order, the Court hereby enters JUDGMENT against Plaintiff Bradley Marshall and in favor of Defendants Washington State Bar Association ("WSBA"), Board of Governors of WSBA, Stanley A Sebastian, Christine Gray Scott Busby, James M Danielson, Jeffers Danielson Sonn, Aylward PS, Barbara Matson, Susan J Owen, Gerry L Alexander, Charles W Johnson, Richard B Sanders, Tom Chambers, The Honorable Mary E Fairhurst, James M Johnson, Debra L Stephens, Russell M Akoi, Marcine Anderson, James E Baker, Stanley A Bastian, Eron Berg, Liza E Burke, Anthony Butler, Ellen Conedera Dial, Lonnie Davis, Loren S Etengoff, G Geoffrey Gibbs, Anthony D Gipe, Lori S Haskell, David S Heller, Nancy L Isserlis, Mark A Johnson, Peter J Karademos, Leland B Kerr, Douglas C Lawrence, Carla C Lee, Roger A Leishman, Catherine L Moore, Salvador A Mungia, Kristin

Olson, Kristin Olson, Patrick A Palace, Eric C De Los Santos, Marc A Silverman, S Brooke Taylor, Steven G Toole, Judge Edward F Shea, Brenda Williams, Jason T Vail, Christine Gray, Scott Busby, Teena Killian, Washington State, Doug Ende, Randy Beitel, Anne Seidel, Robert Welden, Bobbe J Bridge, Brian Comstock, and the Supreme Court of the State of Washington.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: May 23, 2012

UNITED STATES DISTRICT JUDGE