IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRADLEY MARSHALL, | Case No. CV-11-5319 SC |
| Plaintiff, | ORDER RE: MOTION FOR LEAVE TO FILE |
| v. | |
| WASHINGTON STATE BAR ASSOCIATION, et al., | |
| Defendants. | |

Now before the Court is Plaintiff Bradley Marshall's motion for leave to proceed with actions he has filed in the King County Superior Court of Washington and the United States Bankruptcy Court for the Western District of Washington. ECF No. 100 ("Mot."). Marshall shall serve his Motion as well as this Order on the defendants in those actions within twenty-one days of the signature date of this Order. The defendants in those actions may file oppositions to the Motion within fourteen days of service, and Marshall may file a reply within fourteen days of the filing of the oppositions.

IT IS SO ORDERED.

Dated: September 24, 2012      _____
                                UNITED STATES DISTRICT JUDGE